# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Edward Harris | ) <br> ) <br> ) <br> ) |

Date of Original Judgment:           09/24/2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: CR 12-147, 12-211, 12-212

USM No: 33551-068

Michael J. Novara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      200           months **is reduced to**   150 months                        .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated       09/24/2013       shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          07/13/2015

*Judge's signature*

Effective Date:        11/01/2015
*(if different from order date)*

Maurice B. Cohill, Senior United States District Judge
*Printed name and title*